JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ORIENT GATE ENTERPRISE, LTD. a Hong Kong Limited Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROMEX TEXTILES, INC., a California corporation; and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. 2:19-cv-10634-CJC-GJS<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)**<br><br>Filed Concurrently with Stipulation for Dismissal<br><br>Judge:  Hon. Cormac J. Carney<br><br>Trial Date:        None Set |
| ROMEX TEXTILES, INC., a California corporation,<br><br>            Counterclaimant,<br><br>     vs.<br><br>ORIENT GATE ENTERPRISE, LTD., a Hong Kong Limited Company, and ROES 1 through 10, inclusive,<br><br>            Counterdefendant. | |

/ / /

/ / /

/ / /

1  Pursuant to the stipulation of the parties, and good cause appearing therefor, IT
2  IS HEREBY ORDERED that:
3      1.   This entire action, including all claims in the Complaint and
4  Counterclaim, shall be dismissed with prejudice in its entirety; and
5      2.   The parties hereto shall bear their own costs and attorneys' fees.

8  DATED: July 9, 2020

   _____
   Hon. Cormac J. Carney
   United States District Court Judge